Robert P. Spretnak, Esq. (Bar No. 5135)
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com

Edward D. Greim, Esq. (admitted *pro hac vice*)
Andrew P. Alexander, Esq. (admitted *pro hac vice* )
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: (816) 256-3181
Fax: 816-256-5958
Email: edgreim@gravesgarrett.com, aalexander@gravesgarrett.com

Attorneys for Defendant Parler LLC

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA**

| 46 LABS LLC, | ) | |
|---|---|---|
| | ) | Case No. 2:21-cv-01006-APG-DJA |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **MOTION TO WITHDRAW AS** |
| PARLER LLC, | ) | **COUNSEL OF RECORD** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to LR IA 11-6, Andrew P. Alexander respectfully moves to withdraw as counsel of record for Parler LLC due to his departure from Graves Garrett LLC. Edward D. Greim of Graves Garrett LLC and Robert Spretnak will continue to represent Parler LLC.

Date: April 1, 2022

1

Respectfully submitted,

GRAVES GARRETT LLC
By: */s/ Andrew P. Alexander*
Edward D. Greim, Esq.(*pro hac vice*)
Andrew P. Alexander, Esq. (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, Missouri 64105

LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq.
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorneys for Defendant Parler LLC

**IT IS SO ORDERED**.

DATED: April 4, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE