Tyson E. Hafen (SBN 13139)
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tel: +1 650 847 4157; Fax: +1 702 920 8931
E-mail: tehafen@duanemorris.com

Jennifer Lantz (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel: +1 650 847 4147; Fax: +1 650 523 4780
E-mail: JMLantz@duanemorris.com

Meghan C. Killian**,** (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: +1 415 957 3138; Fax: +1 415 840 0017
E-mail: mckillian@duanemorris.com

Attorneys for Plaintiff
*46 LABS LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 46 LABS LLC,<br>an Oklahoma limited liability company,<br><br>                 Plaintiff,<br><br>     v.<br><br>PARLER LLC,<br>a Nevada limited liability company,<br><br>                 Defendant. | Case No.: 2:21-cv-01006-CDS-DJA<br><br>**MOTION TO WITHDRAW AS COUNSEL UNDER LR IA 11-6(b)** |

Pursuant to LR IA 11-6, Duane Morris LLP, counsel for plaintiff 46 LABS LLC ("Plaintiff"), hereby requests that Manita Rawat be permitted to withdraw from this case. Duane Morris LLP hereby respectfully requests this motion to withdraw be granted, and for Ms. Rawat to be removed from the Court's CM/ECF e-service system in this case only. Pursuant to LR IA 11-6, this motion is being served upon the Plaintiff and opposing counsel.

///

Duane Morris LLP's remaining counsel that have made appearances in this action, including Tyson E. Hafen, Jennifer Lantz, and Meghan C. Killian, continue to represent Plaintiff in this action.

Dated: August 29, 2022          **DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
Tyson E. Hafen (SBN 13139
Jennifer Lantz (*Pro Hac Vice*)
Meghan C. Killian (*Pro Hac Vice*)
Attorneys for Plaintiff *46 LABS LLC*

**IT IS SO ORDERED.**

DATED: August 31, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2022, I served via CM/ECF a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL UNDER LR IA 11-6(b)** to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

                                        */s/ Jana Dailey*
                                        An employee of DUANE MORRIS LLP