Tyson E. Hafen (SBN 13139)
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tel: +1 702 868 2655; Fax: +1 702 920 8931
E-mail: tehafen@duanemorris.com

Jennifer Lantz (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel: +1 650 847 4147; Fax: +1 650 523 4780
E-mail: JMLantz@duanemorris.com

Meghan C. Killian, (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: +1 415 957 3138; Fax: +1 415 840 0017
E-mail: mckillian@duanemorris.com

Attorneys for Plaintiff
*46 LABS LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 46 LABS LLC,<br>an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PARLER LLC,<br>a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:21-cv-01006-~~APG~~-DJA* (CDS)<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR 46 LABS LLC TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff 46 LABS LLC ("Plaintiff") and Defendant PARLER LLC ("Defendant"), by and through their respective counsel, herein stipulate and agree to an extension of the time for Plaintiff to file a response to Defendants' Motion to Dismiss Amended Complaint, which was filed on September 12, 2022, as follows:

WHEREAS the Court entered an Order on July 27, 2022 dismissing Plaintiff's Complaint for failure to state a claim for relief, without prejudice. (ECF No. 23).

WHEREAS Plaintiff filed an Amended Complaint on August 29, 2022 (ECF No. 25);

---

* Counsel are reminded this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:21-cv-01006-CDS-DJA. ECF No. 22.

1    WHEREAS Defendant filed a Motion to Dismiss Amended Complaint on September 12, 2022
2    (ECF No. 29);

3    WHEREAS Plaintiff's response is due on September 26, 2022;

4    WHEREAS Plaintiff intends to file a Motion for Leave to File a Second Amended Complaint
5    on or before September 26, 2022, which if granted will moot Defendant's pending Motion to Dismiss
6    Amended Complaint;[1]

7    WHEREAS this is the first stipulation for an extension of time in this case;

8    WHEREAS the parties have agreed that the proposed modifications to the briefing schedule
9    on Plaintiff's Motion to Dismiss Amended Complaint will not prejudice any party to this action;

10   WHEREAS there is good cause for the requested extension and the stipulation is made
11   in good faith and not for purposes of delay.

12   . . .
13   . . .
14   . . .
15   . . .
16   . . .
17   . . .
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .

---

[1] Defendant Parler notes for the record that, even though willing to enter into this Stipulation, Defendant Parler intends to oppose Plaintiff's Motion for Leave to File a Second Amended Complaint.

Accordingly, the parties hereby stipulate that Plaintiff's deadline to file a response to Defendants' Motion to Dismiss Amended Complaint be extended until 7 calendar days following the Court issuing an order on Plaintiff's Motion for Leave to File a Second Amended Complaint.

September 23, 2022

/s/ *Robert P. Spretnak*

Robert P. Spretnak, Esq. (Bar No. 5135)
**Law Offices of Robert P. Spretnak**
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Edward D. Greim, Esq. (admitted *pro hac vice*)
**Graves Garrett LLC**
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tele: (816) 256-3181; Fax: (816) 256-5958
edgreim@gravesgarrett.com

September 23, 2022

/s/ *Tyson E Hafen*

Tyson E. Hafen (SBN 13139)
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617

Jennifer Lantz (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tele:+1 650 847 4147; Fax: +1 650 523 4780
JMLantz@duanemorris.com

Meghan C. Killian (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tele: +1 415 957 3138; Fax: +1 415 840 0017
MCKillian@duanemorris.com

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2022