Tyson E. Hafen (SBN 13139)
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Tel: +1 650 847 4157; Fax: +1 702 920 8931
E-mail: mrawat@duanemorris.com
        tehafen@duanemorris.com

Jennifer Lantz (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Tel: +1 650 847 4147; Fax: +1 650 523 4780
E-mail: JMLantz@duanemorris.com

Meghan C. Killian, (Admitted *Pro Hac Vice*)
**Duane Morris LLP**
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: +1 415 957 3138; Fax: +1 415 840 0017
E-mail: mckillian@duanemorris.com

Attorneys for Plaintiff
46 LABS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 46 LABS LLC,<br>an Oklahoma limited liability company,<br><br>Plaintiff<br><br>v.<br><br>PARLER LLC,<br>a Nevada limited liability company,<br><br>Defendant | Case No.: 2:21-cv-01006-CDS-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

Plaintiff 46 LABS LLC and Defendant PARLER LLC ("collectively, the "Parties"), hereby stipulate and agree that Plaintiff's operative complaint against Defendant shall be dismissed in its entirety, with prejudice, that this action shall be dismissed, with prejudice, and that each party shall bear their own attorneys' fees and costs associated with this action.

///

|  |  |
|---|---|
| Dated: August 31, 2023 | Dated: August 31, 2023 |
| DUANE MORRIS LLP | GRAVES GARRETT LLC |
| By /s/ Tyson E. Hafen<br>   Tyson E. Hafen (SBN 13139) | By /s/ Edward D. Greim<br>   Edward D. Greim (Admitted *pro hac vice*) |
| Attorneys for Plaintiff *46 LABS LLC* | Attorneys for Defendant *Parler LLC* |

**ORDER**

Based on the stipulation of the parties, the court having reviewed all pleadings and papers on file herein, and good cause appearing:

**IT IS HEREBY ORDERED** that the operative complaint and this action are dismissed, with prejudice, each of the parties to bear their own fees and costs. The Clerk of Court may close this case.

DATED: September 1, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**DUANE MORRIS LLP**

/s/ *Tyson E. Hafen*
Tyson E. Hafen (SBN 13139)

Attorneys for Plaintiff *46 LABS LLC*